THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SPENCER BROOK,<br><br>        Plaintiff,<br><br>v.<br><br>TRUWEAR et al.,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-CV-58-TS<br><br>District Judge Ted Stewart |

IT IS ORDERED AND ADJUDGED

that--for failure to prosecute--Plaintiff's action is DISMISSED without prejudice.

DATED this 5th day of December, 2023.

BY THE COURT:

JUDGE TED STEWART
United States District Court